RECEIVED CLERK

FEB 20 '09

U.S. DISTRICT COURT

Brenda :Burton
c/o P.O. Box 271279
Salt Lake, [84127] Utah    Tel: (801) 201-5223

## IN THE UNITED STATES DISTRICT COURT
## SALT LAKE CITY UTAH
## 350 SOUTH MAIN STREET 84101

| Brenda :Burton )
| Plaintiff )    Civil No.:_____
| )
| )
| v. )    NOTICE AND MOTION FOR TRO
| )    HEARING
| ACCREDITED HOME LENDERS INC. )
| ETITLE INSURANCE AGENCY )
| TOM COOK )
| LUNDBERG AND ASSOCIATES )
| LORI KING )    Case: 2:09cv00157
| FIRST AMERICAN TITLE )    Assigned To : Greene, J. Thomas
| INSURANCE COMPANY )    Assign. Date : 2/20/2009
| JOHN DOES 1-20 )    Description: Burton v. Accredited
| Defendants )    Home Lenders et al

### Notice of Motion

TO: The above Defendants in this instant case,

Please take notice that on the _____ Day of _____, 2009 A.D. at _____ am/pm

or soon thereafter as we may be heard, we shall appear before the Honorable Judge

In Court Room _____ In the United States USDC, Salt Lake County, State of

UTAH, and then and there present the attached Plaintiff's Motion for Quiet Title Action

and preliminary injunctive relief and/or restraining order (TRO), at which time you may

appear if so desired.

Dated this 17th day of February 2009 A.D.

*/s/ Brenda :Burton*

Brenda :Burton